# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY
## PER GENERAL ORDER NO. 653A

TO:  U.S. DISTRICT JUDGE John A. Houston

| | |
|---|---|
| FROM:  J. Simmons, Deputy Clerk | RECEIVED DATE:  November 6, 2018 |
| CASE NO.  18-cv-02553-JAH-BGS | DOC FILED BY:  Herbert Johnson |
| CASE TITLE:  Johnson v. Ferrel et al | |
| DOCUMENT ENTITLED:  Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

**General Order 653A:**  Rules of Procedure for the Electronic Submission of Litigation for Plaintiffs Incarcerated at Certain Identified CDCR Facilities

Initial case filings (42 U.S.C. § 1983 Complaint, Motion to Proceed In Forma Pauperis, etc.) received by U.S. Mail and not properly e-filed in accordance with S.D. Cal. General Order 653A.;

Date Forwarded:  November 7, 2018

## ORDER OF THE DISTRICT JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The Clerk is DIRECTED to ACCEPT the non-conforming documents for filing in CM/ECF. The case is submitted for screening pursuant to 28 U.S.C. § 1915(e)(2) and/or § 1915A. |
| ☐ | The Clerk is DIRECTED to STRIKE the non-conforming documents from the record, return the originals to Plaintiff, and to terminate this civil action without prejudice. To re-open the case, Plaintiff must re-submit the Complaint and all other initial case filings by e-filing them in accordance with S.D. Cal. General Order 653A within [45] days. Plaintiff must include Civil Case No. [_____] on the first page of all documents re-submitted for e-filing. |

Further failure to comply with S.D. Cal. General Order 653A may lead to penalties pursuant to Civil Local Rule 83.1.

Date:  December 11, 2018        CHAMBERS OF:  The Honorable John A. Houston

cc: All Parties                 By:  *[signature]* John A. Houston