

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert Johnson | Civil Action No.   18CV2553-JAH(BGS) |
| **Plaintiff,** | |
| V. | |
| Lt. H. Ferrel; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The civil action is dismissed without prejudice for failure to pay filing fee required by 28 USC 1914(a).

Date:        1/31/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
J. Petersen, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18CV2553-JAH(BGS)

Herbert Johnson
_____
                Plaintiffs,

                V.

LLt. H. Ferrel; Warden Daniel Paramo; Officer Miller; CCII Homer; Sgt. P. Garcia, Mail Room; C. Tiscornia, Library; Dr. G. Casian; C.O. Coujart; C.O. Hugues
_____
                Defendants